Elliot Gale (Bar No. 1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorneys for Plaintiff
Eric Snowden

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Eric Snowden<br><br>               Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; et. al.<br><br>               Defendants. | CASE NO. 2:25-cv-00214<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES (CIVIL LOCAL RULE 7.1) |

To:  The Court and All Parties of Record.

The undersigned, counsel of record for Eric Snowden, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection/Interest** |
|---|---|
| Eric Snowden<br>Milwaukee, WI | Plaintiff |
| Elliot Gale / Joe Angelo<br>Gale, Angelo, Johnson, P.C.<br>2999 Douglas Blvd., Ste. 111<br>Roseville, CA 95661 | Counsel for Plaintiff |

                                                **Gale, Angelo, Johnson, P.C.**

Dated: February 12, 2025               */s/ Elliot Gale*
                                                Elliot Gale
                                                Attorney for Plaintiff