Elliot Gale (Bar # 1119904)
egale@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95747
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Eric Snowden<br><br>    Plaintiff<br><br>  v.<br><br>Experian Information Solutions, Inc., et. al.<br><br>    Defendants. | Case No.: 2:25-cv-00214-WCG<br><br>**PROOF OF SERVICE** |

SEE ATTACHED

Civil Action No.     2:25-cv-00214

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Capital One, N.A.**
was recieved by me on  **2/15/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Capital One, N.A.**, who is designated by law to accept service of process on behalf of **Capital One, N.A.** at **100 Shockoe Slip Fl 2, Richmond, VA 23219** on **02/17/2025 at 2:28 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   02/17/2025

*Server's signature*

**Jody Ashworth**
*Printed name and title*

**513 Huntington Rd
Colonial Heights, VA 23834**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Capital One, N.A. who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses.  The individual accepting service was Rene Nordquist (Intake Specialist).**





Tracking #: **0158892131**